# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LISA WILLIAMS | : | No. 635 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| COUNTY OF MONROE, TAX CLAIM | : | |
| BUREAU OF MONROE COUNTY AND | : | |
| JASON KELLER | : | |
| | : | |
| | : | |
| PETITION OF: JASON KELLER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.